Cory A. Baskin (SBN 240517)
cb@witkowlaw.com
witkow | baskin
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
Tel: 818.296.9508
Fax: 818.296.9510

Attorneys for *Specially Appearing Defendant* Udemy, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VIVEK SHAH,

Plaintiff,

v.

UDEMY, INC.,

Defendant.

CASE NO.: 2:26-cv-06527-PA-RAO

**STIPULATION TO STAY CASE PENDING COMPLETION OF ARBITRATION**

Complaint Filed: June 13, 2026

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

*Pro se* plaintiff Vivek Shah ("Plaintiff") and *specially appearing* defendant Udemy, Inc. ("Defendant"), hereby stipulate and agree as follows:

**WHEREAS**, on or about October 30, 2025, Plaintiff filed an arbitration demand against Defendant with the American Arbitration Association, AAA Case No. 01-25-0005-4190, (the "Arbitration"), alleging violations of the Federal Wiretap Act and California Invasion of Privacy Act arising out of Plaintiff's purported use of Defendant's website;

**WHEREAS**, on or about February 25, 2026, Plaintiff filed an amended demand in the Arbitration;

**WHEREAS**, on or about June 13, 2026, Plaintiff commenced the instant action by filing a complaint in this Court alleging the same or (substantially similar) claims against Defendant as those already pending in the Arbitration, *i.e.*, violations of the Federal Wiretap Act and California Invasion of Privacy Act arising out of Plaintiff's purported use of Defendant's website;

**WHEREAS**, on or about June 19, 2026, Plaintiff served Defendant with the summons and complaint in this action;

**WHEREAS**, the Parties have discussed the issue via email and telephone call, and both acknowledge that the claims alleged in the complaint in this action are subject to arbitration and already pending in the Arbitration; thus, for reasons of judicial economy and to avoid duplicative litigation, this Court action should be stayed pending the completion of the Arbitration;

**NOW THEREFORE**, based on the foregoing, **IT IS HEREBY STIPULATED**, subject to the approval of this Court, that:

1. This case and all matters and proceedings therein shall be **STAYED** pending the completion of the Arbitration; and

2. The parties shall file a joint status report within 30 days following the conclusion of Arbitration or upon any request to lift the stay.

Respectfully submitted,

Dated: July 10, 2026

witkow | baskin

By: /s/ Cory A. Baskin
Cory A. Baskin

Attorneys for *Specially Appearing* Defendant Udemy, Inc.

Dated: July 10, 2026

By: /s/ Vivek Shah
Vivek Shah
*Pro Se* Plaintiff

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.