UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVEK SHAH,<br>Plaintiff,<br>v.<br>UDEMY, INC.,<br>Defendant. | CASE NO.: 2:26-cv-06527-PA-RAO<br><br>**ORDER RE: STIPULATION TO STAY CASE PENDING COMPLETION OF ARBITRATION** |

The Court, having considered the parties' stipulation ("Stipulation") to stay this case pending the completion of an arbitration involving the parties already pending between the parties before the American Arbitration Association (the "Arbitration"), plaintiff's claims are compelled to arbitration. The Court orders this action stayed pending completion of arbitration proceedings. This action is administratively closed and removed from the Court's active calendar until further application by the parties or Order of this Court. The parties shall file a joint status report within 14 days of the completion of arbitration. If the arbitration is not completed by February 1, 2027, the parties shall file a Joint Status Report every four months until the arbitration is resolved. Failure to file a required Joint Report may, without further warning, result in dismissal of this action without prejudice.

**IT IS SO ORDERED**

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Dated: July 10, 2026