Vivek Shah
1301 N. Broadway, Ste. 32167
Los Angeles, CA 90012
Telephone: (224) 246-2874
Email: newvivekshah@gmail.com

Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| VIVEK SHAH,<br><br>Plaintiff,<br><br>v.<br><br>UDEMY, INC.,<br><br>Defendant. | Case No. 2:26-cv-06527-PA-RAO<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>Complaint Filed: June 13, 2026 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Vivek Shah and specially appearing Defendant Udemy, Inc. have reached a settlement resolving this action in its entirety, together with the related arbitration proceedings before the American Arbitration Association, Case Nos. 01-25-0005-4190 and 01-26-000-09644.

Plaintiff files this Notice pursuant to Local Rule 16-15.7, which requires the parties to notify the Court immediately upon resolution of the action in whole or in part.

1. On June 13, 2026, Plaintiff filed the Complaint in this action asserting claims under the federal Wiretap Act, 18 U.S.C. §§ 2511 and 2520, and California Penal Code § 631(a).

2. On July 10, 2026, the Court entered its Order Re: Stipulation to Stay Case Pending Completion of Arbitration (Dkt. 16), staying this action, administratively closing it, and directing the parties to file a joint status report within fourteen days of the completion of arbitration.

3. The parties have since resolved all matters in controversy between them. The AAA arbitration proceedings identified above have been resolved and are being dismissed with prejudice by stipulation of the parties.

4. The settlement disposes of every claim, counterclaim, and request for relief asserted or assertable in this action, including Defendant's request for attorneys' fees. No claim remains for adjudication.

5. The parties will file a Joint Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within seven (7) days of the date of this Notice. That stipulation will provide that each party bears its own fees and costs and that no party is a prevailing party for any purpose.

6. This Notice is submitted to satisfy the parties' reporting obligations and to permit the Court to vacate any pending dates and take this matter off its active docket. Given the settlement, the joint status report contemplated by the July 10, 2026 Order will be superseded by the forthcoming stipulation of dismissal.

7. Nothing in this Notice constitutes an admission of liability, wrongdoing, or the validity of any claim or defense by any party.

Respectfully submitted,

Dated: July 23, 2026

By: /s/ Vivek Shah
Vivek Shah
Pro Se Plaintiff